SIMON T. TUSHA   10/16
1122 WALTERS MILL ROAD
FOREST HILL, MD 21050
443-807-3595

307
65-0107/0550

DATE 4/25/20

PAY TO THE ORDER OF  Clerk of the Court   $ 400 —

Four Hundred Dollars

**Harford Bank**
Hickory Office
PO Box 640
Aberdeen, MD 21001-0840

FOR Divorce Fil. Attny Fee

⑆ 055004 ⑆ 0710⑆ 307⑆  008420 ⑈ 93 ⑈

ENDORSE 4683 PAY TO THE ORDER OF ANY
FED RES BANK/BRANCH/GEN DEPOSIT

X

JUN 2 9 2020

FOR CREDIT TO THE U.S. TREASURY
U.S.D.C., EASTERN DISTRICT OF VA

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

*The security features listed below, as well as those not listed, exceed industry guidelines.*

Microprint Signature Line and Separator Lines: [illegible]

Chemically Sensitive Paper: [illegible]

[illegible]

Security Screen: Absence of "Original Document" verbiage on back of check when photocopied.

[illegible] design is a certification mark of the Check Payment Systems Association

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC